# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Denise Moza Gorden aka Denise M. Gorden aka Denise Gorden<br><br>                    Debtor(s) | BK NO. 23-01023 MJC<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of U.S. Bank National Association, as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2004-2 and index same on the master mailing list.

                                                          Respectfully submitted,

                                                          **/s/ Michael P. Farrington**
                                                          Michael P. Farrington, Esquire
                                                          KML Law Group, P.C.
                                                          BNY Mellon Independence Center
                                                          701 Market Street, Suite 5000
                                                          Philadelphia, PA  19106
                                                          215-627-1322