United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                          Case No. 23-01023-MJC

Denise Moza Gorden                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                             User: AutoDocke                                               Page 1 of 2
Date Rcvd: May 13, 2024                  Form ID: 3180W                                   Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                 Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise Moza Gorden, 5307 Birchwood Drive, Tannersville, PA 18372-7734 |
| 5542045 | + | Jonestown Bank & Trust Co., 2 West Market Street, Jonestown, PA 17038-9628 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5539783 | | Email/Text: caineweiner@ebn.phinsolutions.com | May 13 2024 18:42:48 | CAINE & WEINER, 5805 SEPULVEDA BLVD 4TH FL, SHERMAN OAKS, CA 91411 |
| 5539784 | + | Email/Text: commonwealth@ebn.phinsolutions.com | May 13 2024 18:42:00 | COMMONWEALTH FIN SYSTEMS, 245 MAIN STREET, SCRANTON, PA 18519-1641 |
| 5539785 | + | Email/Text: electronicbkydocs@nelnet.net | May 13 2024 18:42:00 | DEPT OF ED/NELNET, 121 SOUTH 13TH STREET, LINCOLN, NE 68508-1904 |
| 5539786 | + | Email/Text: bk-admin@jbt.bank | May 13 2024 18:42:00 | JONESTOWN BANK & TRUST, 421 EAST PENN AVENUE, CLEONA, PA 17042-2400 |
| 5539787 | ^ | MEBN | May 13 2024 18:37:43 | KML LAW GROUP, STE 5000-BNY INDEPEN CTR, 701 MARKET STREET, PHILADELPHIA, PA 19106-1541 |
| 5548317 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 13 2024 18:42:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 5546104 | | EDI: Q3G.COM | May 13 2024 22:41:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5539788 | + | Email/Text: enotifications@santanderconsumerusa.com | May 13 2024 18:42:00 | SANTANDER CONSUMER USA, 8585 N STEMMONS FWY STE 1100-N, SANTANDER CONSUMER/GOLF, DALLAS, TX 75247-3822 |
| 5539789 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 13 2024 18:42:00 | SELECT PORTFOLIO SERVICING, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 5554865 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 13 2024 18:42:00 | U.S. Bank National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5539790 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 13 2024 18:42:00 | US BANK NATIONAL ASSOCIATION, 3217 SOUTH DECKER LAKE DRIVE, SALT LAKE CITY, UT 84119-3284 |
| 5541393 | + | Email/Text: electronicbkydocs@nelnet.net | May 13 2024 18:42:00 | us department of education c/o nelnet, 121 s 13th st, lincoln, NE 68508-1904 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Jonestown Bank & Trust Co., 2 West Market Street, Jonestown, PA 17038-9628 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2024         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor U.S. Bank National Association as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2004-2 mfarrington@kmllawgroup.com |
| Paul C Bametzreider | on behalf of Creditor Jonestown Bank & Trust Co. pbametzreider@barley.com dhiggins-king@barley.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Denise Moza Gorden lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Denise Moza Gorden<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–9757<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  5:23-bk-01023-MJC | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Denise Moza Gorden
aka Denise M. Gorden, aka Denise Gorden

5/13/24

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**