Fill in this information to identify the case:

Debtor 1: Denise Moza Gorden

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: MIDDLE District of Pennsylvania (State)

Case number 5:23-bk-01023-MJC

# Form 4100R
# Response to Notice of Final Cure

10/15

___

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:** U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2004-2

**Court claim no. (if known):** 6

**Last 4 digits** of any number you use to identify the debtor's account: 8267

**Property address:** 5307 BIRCHWOOD DR,
Number         Street

TANNERSVILLE, PA 18372
City                State        ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $_____

| Part 3: | Postpetition Mortgage |
|---|---|

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   5/1/2024
                                                                MM/DD/YYYY

[ ] Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $_____

b. Total fees, charges, expenses, escrow and costs outstanding:  + (b) $_____

c. Total. Add lines a and b.  (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:
                      MM/ DD/ YYYY

---

Form 4100R                **Response to Notice of Final Cure Payment**                page 1

| Debtor 1 | Denise Moza Gorden | | Case number *(if known)* | 5:23-bk-01023-MJC |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]   all payments received;
[X]   all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]   all amounts the creditor contends remain unpaid

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X   /s/ Michelle L. McGowan
    Signature

Date 5/17/2024

Print   Michelle L. McGowan
        First Name    Middle Name    Last Name

Title  Authorized Agent

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address   13010 Morris Rd., Suite 450
          Number          Street
          Alpharetta, GA   30004
          City          State       ZIP Code

Contact   470-321-7112

Email   mimcgowan@raslg.com

Form 4100R                **Response to Notice of Final Cure Payment**                page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 17, 2024 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Denise Moza Gorden
5307 Birchwood Drive
Tannersville, PA 18372

And via electronic mail to:

Vincent Rubino
Newman Williams Mishkin Corveleyn et al
712 Monroe Street
PO Box 511
Stroudsburg, PA 18360-0511

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

By: /s/ Dena Eaves
Dena Eaves
deaves@raslg.com